IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:26-MJ-627 |
| BILL MATTHEW GRANNELL (01) | |

# CRIMINAL COMPLAINT

I, Special Agent Matthew David Alves, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Alleged Offenses:**

On or about August 1, 2026, in the Northern District of Texas and elsewhere, the defendant, **Bill Matthew Grannell**, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, that is, **Grannell** sent an electronic communication from the Northern District of Texas to an FBI Special Agent in New Jersey, in which he threatened to injure the Special Agent, in violation of 18 U.S.C. § 875(c).

**Introduction and Agent Background:**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2019. I have received five months of training in criminal investigations and related criminal matters at the Federal Bureau of Investigation (FBI), Training Academy in Quantico, Virginia. As a Special Agent I have used investigative techniques including but not limited to electronic surveillance, physical surveillance, witness, victim and subject interviews, and execution of search and arrest warrants. As a Special Agent I have

participated in investigations of violations of various federal laws including domestic and international kidnapping, controlled substance trafficking, human trafficking, weapons trafficking, crimes against children, healthcare fraud, white collar crime, counterintelligence, counter terrorism, violent crime including domestic organized crime, and transnational organized crime and assisted State law enforcement authorities in investigations of criminal homicides, weapons trafficking and human trafficking. I am currently assigned to the FBI San Antonio Headquarters, Threat Response Group.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for a criminal complaint and does not set forth all of my knowledge about this matter.

**Probable Cause:**

**Background**

3. **Grannell** is a highly trained Reserve U.S. Army Special Forces Master Sergeant.

4. Beginning in or about March 2026, **Grannell** began making threats on social media and via text toward his previous coworkers, a high-level Department of War official, and government buildings located in Virginia. **Grannell** also made threats in Fairfax County, Virginia, which resulted in the Fairfax County Police Department issuing a warrant for **Grannell's** arrest.

5. On or about May 14, 2026, **Grannell** was taken into custody after trying to access the Pentagon through the visitor center. According to the Army Criminal Investigative

Division, during his interview, **Grannell** declared he had multiple weapons in his vehicle at the time of his arrest. He was released at some point after arrest.

6. In or about May and June 2026, **Grannell** made additional threatening communications towards previous Special Forces teammates via text, phone, and on his Instagram account.

7. According to Army CID, after being arrested at the Pentagon, **Grannell** was command-directed to complete a mental health evaluation, where he was diagnosed with schizophrenia. Although **Grannell** was hospitalized, he refused medication or treatment for his mental health condition. **Grannell** was subsequently discharged and returned to the San Antonio, Texas, area sometime later.

8. **Grannell** currently appears to be transient and is possibly living at a campground located in Round Mountain, Texas, within the Western District of Texas. Historically and per **Grannell's** Texas Driver's License, **Grannell** is also associated with an address in Dallas, Texas.

**Interstate Threatening Communication**

9. On or about August 1, 2026, **Grannell** sent a threatening text message to an FBI Special Agent in Newark, New Jersey, using the same phone number he had used in threats he made to other individuals in May and June. The message stated the following: "I don't care you are FBI. I am going to cut your head off. And put in on a fence post on." [sic] The FBI Special Agent who received the threat stated he fears for his and his family's lives and takes the threat seriously because he knows what **Grannell** is capable

of. The Special Agent is a prior Special Forces teammate of **Grannell** and had not heard from **Grannell** for a long time.

10. Information from the Texas State Park reservation system indicates that, at the time **Grannell** sent the threatening communication on August 1, 2026, he was staying at a campground located in or around Mineral Wells, in the Northern District of Texas. Additionally, the FBI issued an emergency disclosure request to a social media provider, which returned IP address results indicating **Grannell**'s mobile device was located in the Northern District of Texas on August 1, 2026.

**Conclusion:**

Based on the foregoing, I believe that probable cause exists that **Bill Matthew Grannell** knowingly made an interstate threatening communication in violation of 18 U.S.C. § 875(c).

Matthew Alves, Special Agent
Federal Bureau of Investigation

Sworn to me via reliable electronic means pursuant to Fed. R. Crim. P. 4.1 on this 7th day of August 2026, at 3:09 ~~a.m.~~/ p.m.

JEFFREY L. CURETON
United States Magistrate Judge